# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER MODIFYING CONDITIONS** |
| Plaintiff, | ) | **OF PROBATION** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 4:06-cr-092-2 |
| Letina Rae Azure, | ) | |
| | ) | |
| Defendant. | ) | |

___

On February 24, 2009, the defendant, Letina Rae Azure, appeared before the Court at a Supervised Release Violation Hearing. The Court, at the recommendation of the parties, modified Azure's special conditions of probation to include the following:

> The Defendant shall not consume any alcoholic beverages or frequent establishments whose primary business is the sale of alcoholic beverages.

This modification shall remain in effect until Azure's term of probation ends on June 25, 2009.

**IT IS SO ORDERED**.

Dated this 26th day of February, 2009.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court